EDWARD B. GAUS (SBN 289561)
egaus@shb.com
**SHOOK HARDY AND BACON L.L.P.**
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:   415.544.1900
Facsimile:    415.391.0281

Attorney for Plaintiff,
AEROTEK, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROTEK, INC., | Case No. |
| Plaintiff, | **COMPLAINT AND JURY TRIAL DEMANDED** |
| v. | |
| CALIFORNIA COMMERCIAL SOLAR, INC., | |
| Defendant. | |

## COMPLAINT AND JURY TRIAL DEMAND

COMES NOW Plaintiff Aerotek, Inc. ("Aerotek"), by and through its undersigned counsel, and for its causes of action against Defendant California Commercial Solar, Inc. ("California Commercial Solar"), alleges the following:

### THE PARTIES

1. Plaintiff Aerotek is a staffing services firm incorporated and authorized to transact business under the laws of the state of Maryland.

2. Aerotek's principal place of business is located at 7301 Parkway Drive South, Hanover, Maryland 21076.

3. Aerotek is therefore a citizen of Maryland.

4. California Commercial Solar is a self-performance contractor and energy services company incorporated and authorized to transact business under the laws of the state of California.

5. California Commercial Solar's principal place of business is located at 9951 W. Legacy Ave., Suite A, Visalia, California 93291.

6. California Commercial Solar is therefore a citizen of California.

### JURISDICTION AND VENUE

7. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a), as this is a dispute over a sum of money in excess of $75,000 and is between citizens of different states.

8. There is complete diversity, pursuant to 28 U.S.C. § 1332, because Aerotek is a citizen of Maryland and California Commercial Solar is a citizen of California.

9. This Court has general personal jurisdiction over California Commercial Solar because of its status as a California corporation that operates within California.

10. The Court has specific personal jurisdiction over California Commercial Solar because it entered into a Services Agreement with Aerotek for staffing services in California and the claims in this suit arise from the contracted staffing services that were rendered in California.

11.    Venue is proper in this District under 28 U.S.C. § 1391 because California Commercial Solar resides within this venue and a substantial part of the events or omissions giving rise to the claim occurred within this venue.

## STATEMENT OF FACTS AND ALLEGATIONS

### Aerotek's Contract with California Commercial Solar

12.    Aerotek is a multi-industry staffing company that provides recruitment and staffing services for clients.

13.    Aerotek provides contract employees to customers with staffing needs, pays the contract employees directly, and is reimbursed by the customer per the terms of the executed Services Agreement.

14.    In 2015, California Commercial Solar engaged with Aerotek to provide supplemental staffing services.

15.    On May 4, 2015, California Commercial Solar entered into a Services Agreement (the "Agreement") with Aerotek for supplemental staffing services. A true and correct copy of the Agreement is attached hereto as **Exhibit 1**.

16.    Under the Agreement, Aerotek and California Commercial Solar agreed that "[t]he laws of the State of Maryland shall govern the validity and construction of this Agreement and any dispute arising out of or relating to this Agreement[.]" (**Ex. 1**, Section 15.1).

17.    Pursuant to the Agreement, Aerotek and California Commercial Solar agreed that California Commercial Solar would pay Aerotek for services rendered by contract employees based on invoices that Aerotek submitted to California Commercial Solar on a weekly basis. (**Ex. 1**, Section 4).

18.    Pursuant to the Agreement, Aerotek provided personnel to California Commercial Solar, and it was "[California Commercial Solar]'s responsibility to control, manage and supervise the work of the Contract Employees." (**Ex. 1**, Section 2.2).

19.    California Commercial Solar accepted Aerotek's staffing services and the work performed by the contract employees.

20.    Aerotek timely submitted invoices to California Commercial Solar for the staffing services and the work provided by the contract employees.

21.    Under the Agreement, California Commercial Solar agreed that invoices submitted to California Commercial Solar by Aerotek were presumed to be accurate and fully payable on the terms contained therein unless disputed by California Commercial Solar within five (5) business days of California Commercial Solar's receipt of the invoice. (**Ex. 1**, Section 4).

22.    The Agreement provides that invoices that are more than seven (7) days past due are subject to a late charge of one percent (1%) per month on the amount of the past due balance. (**Ex. 1**, Section 5).

23.    The Agreement also provides, in the event of default, California Commercial Solar shall pay all expenses incurred by Aerotek in an effort to collect the debt, including, but not limited to, collection agency fees, court costs, and reasonable attorneys' fees. (**Ex. 1**, Section 7).

24.    California Commercial Solar failed to pay Aerotek for certain services provided between January 2026 through May 2026.

25.    California Commercial Solar never disputed the amount owed in the invoices or the outstanding balance.

26.    Aerotek made numerous requests and demands upon California Commercial Solar for payment of the invoiced staffing services provided by Aerotek to California Commercial Solar.

27.    Despite numerous inquiries and invoices from Aerotek about the growing outstanding balance, California Commercial Solar has not paid the outstanding balance owed for staffing services and contract employees provided pursuant to the Agreement.

28.    As a result of California Commercial Solar's failure to pay, California Commercial Solar owes Aerotek payment for staffing services and late fees, plus attorneys' fees, costs, expenses, and interest, as specified in the Agreement and as available under applicable law.

29.    After accounting for payments, credits, and all lawful setoffs, California Commercial Solar owes Aerotek a principal balance of $299,592.38 and $5,283.46 in contractual late fees.

COMPLAINT AND JURY DEMAND

## COUNT I—BREACH OF CONTRACT

30.    Aerotek incorporates by reference and re-alleges each allegation in Paragraphs 1 through 28, as though fully set forth herein.

31.    Through the Agreement, Aerotek and California Commercial Solar executed a valid, binding, and enforceable contract for the provision of staffing services.

32.    Under the Agreement, California Commercial Solar agreed to pay for Aerotek's staffing services.

33.    Aerotek performed work under the Agreement that totals $299,592.38 (plus late fees and collection fees).

34.    Aerotek fully performed its duties under the Agreement.

35.    All other conditions precedent to Aerotek's claim for relief have been performed, have occurred, or have been waived.

36.    California Commercial Solar failed to pay Aerotek for services rendered.

37.    California Commercial Solar's failure to pay Aerotek for work performed under the Agreement constitutes a material breach of the Agreement.

38.    Aerotek has been damaged as a result of California Commercial Solar's breach of the Agreement, in the amount of $299,592.38, $5,283.46 in contractual late fees plus additional late fees, collection fees, attorneys' fees, and additional pre-judgment and post-judgment interest, and costs that continue to accrue.

WHEREFORE, Aerotek seeks a judgment against California Commercial Solar in an amount no less than $299,592.38, $5,283.46 in contractual late fees, plus additional late fees, costs, expenses, collection fees, attorneys' fees, pre-judgment and post-judgment interest, that continue to accrue, and such further legal and equitable relief as this Court deems appropriate or such other amounts as determined by this Court.

## COUNT II—UNJUST ENRICHMENT

### (Plead in the Alternative to Count I)

39.    Aerotek incorporates by reference and re-alleges each allegation in Paragraphs 1 through 28, as though fully set forth herein.

4

COMPLAINT AND JURY DEMAND

40.     In the alternative to Count I, California Commercial Solar is liable to Aerotek under the theory of unjust enrichment.

41.     At all relevant times herein, Aerotek conferred benefits upon California Commercial Solar, by providing California Commercial Solar with staffing services.

42.     At all relevant times herein, California Commercial Solar had knowledge of the benefits conferred by Aerotek.

43.     California Commercial Solar voluntarily accepted, retained, and received the benefits provided by Aerotek.

44.     Aerotek enriched California Commercial Solar by the benefits provided.

45.     California Commercial Solar has not paid Aerotek in full for the value of the benefits received.

46.     Aerotek asserts that the remaining unpaid value of the benefits it conferred to California Commercial Solar equals $299,592.38 (plus late fees and collection fees).

47.     Despite the receipt of the enrichment, California Commercial Solar refuses to make full payment to Aerotek for the enrichment received.

48.     The enrichment to California Commercial Solar is unjust.

49.     The retention of benefits by California Commercial Solar under these circumstances violates fundamental principles of justice, equity, and good conscience; the circumstances render California Commercial Solar's retention of the benefits inequitable unless California Commercial Solar pays Aerotek for the value of the benefit received.

50.     As a result of California Commercial Solar's unjust enrichment, Aerotek is owed in excess of $299,592.38 plus late fees, costs, expenses, collection fees, attorneys' fees, and additional pre-judgment and post-judgment interest that continue to accrue.

WHEREFORE, Aerotek seeks a judgment against California Commercial Solar in an amount no less than $299,592.38, $5,283.46 in contractual late fees, plus additional late fees, costs, expenses, collection fees, attorneys' fees, pre-judgment and post-judgment interest, that continue to accrue, and such further legal and equitable relief as this Court deems appropriate or such other amounts as determined by this Court.

COMPLAINT AND JURY DEMAND

**<u>REQUEST FOR JURY TRIAL</u>**

Plaintiff Aerotek, Inc. respectfully requests a trial by jury on all matters herein.

Dated:  August 6, 2026                                 **SHOOK, HARDY & BACON L.L.P.**

By: _____
Edward B. Gaus

Attorney for Plaintiff
AEROTEK, INC.

COMPLAINT AND JURY DEMAND