# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROTEK, INC.,<br>Plaintiff,<br>v.<br>CALIFORNIA COMMERCIAL SOLAR, INC.,<br>Defendant. | Case No. 1:26-cv-06264-KES-SAB<br>ORDER STAYING PROCEEDINGS IN THIS MATTER PURSUANT TO 11 U.S.C. § 362<br>(ECF No. 10) |

Plaintiff commenced this action on August 6, 2026 (ECF No. 1) On June 15, 2026, Defendant California Commercial Solar, Inc. filed a suggestion of bankruptcy indicating that on September 10, 2026, Defendant filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of California, for relief under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Code"). (ECF No. 10); see In re California Commercial Solar, Inc., No. 1:26-bk-14150 (Bankr. E.D. Cal.).

Pursuant to Section 362 of the Bankruptcy Code, all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed. 11 U.S.C. § 362(a); see Sternberg v. Johnston, 595 F.3d 937, 943 (9th Cir. 2010). Accordingly, all proceedings in this matter against Defendant shall be stayed pursuant to Section 362(a) of Title 11, United States Code.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. All proceedings in this matter against Defendant California Commercial Solar, Inc. are STAYED pursuant to Section 362(a) of Title 11, United States Code; and

2. Defendant or Plaintiff shall provide notice to the Court within **thirty (30) days** of the conclusion of the bankruptcy action.

IT IS SO ORDERED.

Dated: **September 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge